AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| ATLAS IP, LLC | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | )  Civil Action No. |
| FLORIDA POWER & LIGHT COMPANY | )<br>)  16-cv-21679-RNS<br>) |
| *Defendant(s)* | )<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Florida Power & Light Company
700 Universe Blvd.
Juno Beach, Florida 33408

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Curtis Carlson
Carlson & Associates, P.A.
One S.E. Third Avenue, Suite 1200
Miami, FL 33131
Telephone: 305-372-9700
Email: carlson@carlson-law.net

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



**SUMMONS**

Date:  _____5/12/2016_____

*s/ Landys Rodriguez*
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court